# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PIERRE TONY REDD, | No. CV 17-6544-JLS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: April 17, 2018

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE